IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAYNE K. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-00231-DRB |
| | ) | [wo] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Memorandum Opinion* entered herewith, it is **ORDERED, ADJUDGED and DECREED** that:

1. The decision of the Commissioner of Social Security is affirmed.

2. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Defendant, Commissioner of Social Security and against the Plaintiff, Wayne K. Ward.

3. This action is dismissed with prejudice.

Done this 14th day of July, 2006.

                                             **/s/ Delores R. Boyd**
                                             DELORES R. BOYD
                                             UNITED STATES MAGISTRATE JUDGE